1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

CARL JAMES WILLIAMS,

               Defendant.

NO.  CR10-230-MJP

SUMMARY REPORT OF
U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

       An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on December 1, 2011.  The United States was represented by Assistant United States Attorney Justin Arnold, and the defendant by Corey Endo.  The proceedings were digitally recorded.

       The defendant had been charged and convicted of Conspiracy to Possess with Intent to Distribute a Controlled Substance.  On or about May 17, 2005, defendant was sentenced by the Honorable Amy J. St. Eve in the Northern District of Illinois to a term of 72 months in custody, to be followed by 5 years of supervised release.  Supervision was transferred to the Western District of Washington.

       The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special

1 conditions imposed included, but were not limited to, participation in a substance abuse
2 program, financial disclosure and $703,721.15 restitution.

3    In a Petition for Warrant or Summons dated October 17, 2011, U.S. Probation Officer
4 Brian K. Facklam asserted the following violations by defendant of the conditions of his
5 supervised release:

6    1.    Committing the criminal offense of Kidnapping 1st degree on or about October
7          13, 2011, in violation of the mandatory condition of supervision that he not
8          commit another federal, state, or local crime.

9    2.    Associating with James Winters, a known convicted felon, on or before October
10         13, 2011, in violation of standard condition 12, which orders that Mr. Williams
11         not associate with any person convicted of a felony unless granted permission to
12         do so.

13   3.    Associating with Deidra Holm, a known convicted felon, on or about October
14         13, 2011, in violation of standard condition 12.

15   On November 7, 2011, defendant made his initial appearance.  The defendant was
16 advised of the allegations and advised of his rights.  On December 1, 2011, this matter came
17 before the Court for an evidentiary hearing.  Alleged violation 1 was modified as follows:

18   1.    Committing the criminal offense of unlawful imprisonment on or about October
19         13, 2011, in violation of the mandatory condition of supervision that he not
20         commit another federal, state, or local crime.

21 Defendant was found to have committed amended violation 1 based on a stipulated admission
22 and review of the police reports.  Defendant also admitted to violations 2 and 3.

23   I therefore recommend that the Court find the defendant to have violated the terms and
24 conditions of his supervised release as to amended violation 1, and violations 2 and 3, and that
25 the Court conduct a hearing limited to disposition.  A disposition hearing on this violation has
26 been set before the Honorable Marsha J. Pechman on December 14, 2011 at 10:00 a.m.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of December, 2011.

_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:     District Judge:              Honorable Marsha J. Pechman
        AUSA:                        Justin Arnold
        Defendant's attorney:        Corey Endo
        Probation officer:           Brian K. Facklam